IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED
USDC. CLERK. CHARLESTON. SC

2012 AUG 21  P 2: 09

| | |
|---|---|
| SIB Development & Consulting Inc., ) | Civil Action No. 2:12-cv-0539-RMG |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| -vs- ) | |
| ) | **ORDER OF DISMISSAL** |
| Spearmint Rhino Consulting Worldwide Inc., et al. ) | |
| ) | |
| Defendant(s). ) | |

The court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Fed. R. Civ. P. 60(b). In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).

**AND IT IS SO ORDERED.**

August 21, 2012
Charleston, South Carolina

Richard Mark Gergel
United States District Judge